

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

June 9, 2016

*VIA ECF*

Honorable Denise L. Cote
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 15B
New York, NY  10007

Re:   *William Lawrence v. International Business Machine Corp. and Seterus, Inc.*, Case No. 1:12-cv-08433-DLC

Dear Judge Cote:

I write as counsel to defendants International Business Machines Corporation and Seterus, Inc. (together, "Defendants") in the above-referenced matter.  Rule 3.G. of Your Honor's *Individual Practices in Civil Cases* states that "[i]f a motion is not decided within 60 days of the time that it has become fully briefed, counsel for the movant shall send a letter to alert the Court."  In accord with that Rule, we respectfully wish to alert the Court that the Defendants' Motion to Dismiss, ECF Nos. 41-42, has been fully briefed for 60 days.

Respectfully submitted,

/s/ Michael E. DeLarco
Michael E. DeLarco
Partner
michael.delarco@hoganlovells.com
(212) 918-3000

cc:   David Scher (*via CM/ECF*) (counsel for Plaintiff)
      Andrew Witco (*via CM/ECF*) (counsel for Plaintiff)
      R. Scott Oswald (*via CM/ECF*) (counsel for Plaintiff)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante   Amsterdam   Baltimore   Beijing   Brussels   Caracas   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   Johannesburg   London   Los Angeles   Luxembourg   Madrid   Mexico City   Miami   Milan   Minneapolis   Monterrey   Moscow   Munich   New York   Northern Virginia   Paris   Perth   Philadelphia   Rio de Janeiro   Rome   San Francisco   São Paulo   Shanghai   Silicon Valley   Singapore   Sydney   Tokyo   Ulaanbaatar   Warsaw   Washington DC   Associated offices: Budapest   Jakarta   Shanghai FTZ   Zagreb.  Business Service Centers: Johannesburg   Louisville.  Legal Service Center: Birmingham.  For more information see www.hoganlovells.com